UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIMBERLEE COLLINS** | * | **DOCKET NUMBER: 23-01457** |
| | * | **HURRICANE CASE** |
| | * | |
| **VERSUS** | * | **JUDGE: Shelly D. Dick** |
| | * | |
| **GEOVERA SPECIALTY** | * | **MAGISTRATE JUDGE: Richard L.** |
| **INSURANCE COMPANY** | * | **Bourgeois, Jr.** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO COMPEL PLAINTIFF'S
RULE 26 INITIAL DISCLOUSRES AND DISCOVERY RESPONSES**

**NOW INTO COURT,** through undersigned counsel, comes defendant, GeoVera Specialty Insurance Company, who respectfully moves this Court to issue an Order compelling the Plaintiff, Kimberlee Collins, provide Rule 26 Initial Disclosures and responses to the Interrogatories and Requests for Production of Documents propounded by GeoVera.

As more fully set forth in the attached Memorandum in Support, Plaintiff has failed to produce documentation / information requested by GeoVera via multiple emails, phone calls, and two Rule 37 discovery conferences.

WHEREFORE, GeoVera prays that this Honorable Court order Plaintiff provide Rule 26 Initial Disclosures and complete discovery responses within two weeks from the date of the signing of this Order.

1

Respectfully submitted,

*/s/Darrin O'Connor*
**DARRIN M. O'CONNOR (24582)**
**ASHLEY G. HADDAD (37695)**
**DAVID J CREIGHTON (35461)**
Porteous, Hainkel & Johnson L.L.P.
408 N. Columbia Street
Covington, LA 70433-2920
Telephone: (985) 893-4790
Direct Fax: (985) 246-7455
Email: doconnor@phjlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on March 28, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to counsel of record.

*/s/Darrin O'Connor*
**DARRIN M. O'CONNOR**

2