## Ashley G. Haddad

| | |
|---|---|
| **From:** | Danielle Chimento <dchimento@phjlaw.com> |
| **Sent:** | Tuesday, December 19, 2023 2:51 PM |
| **To:** | chewa@Galindolaw.com; mark@galindolaw.com; hurricane@galindolaw.com; tmack@galindolaw.com; jody@galindolaw.com |
| **Cc:** | Ashley G. Haddad; Darrin M. O'Connor |
| **Subject:** | 7419.0152-Collins, K-Rule 26 Disclosures |
| **Attachments:** | Privilege Log.pdf; Rule 26 Disclosures.pdf |

Good afternoon,

    Please find attached GeoVera's Rule 26 Disclosures to include privilege log and policy attachment. Additional attachment which includes non-privileged portions the claim file will follow via secure link in a separate email. The password is 0152.

Thank you.


Danielle Chimento - Paralegal
Porteous, Hainkel & Johnson, LLP
408 N. Columbia Street
Covington, Louisiana 70433
985-246-7443 Direct
985-893-4790 Office



**EXHIBIT A**