# Ashley G. Haddad

**From:** Ashley G. Haddad <ahaddad@phjlaw.com>
**Sent:** Friday, March 15, 2024 11:17 AM
**To:** Danielle Chimento; Mark Ladd; Jody Gaillard
**Subject:** RE: 7419.0152-Kimberlee Collins v. GeoVera -Discovery Requests

Mark- please allow this to confirm our call a little while ago wherein you agreed to provide Ms. Collins' discovery responses and the disclosures within the week, or by March 22, 2024, as outlined in my email below.

Best,

Ashley G. Haddad - Associate
Porteous, Hainkel & Johnson, LLP
408 N. Columbia Street
Covington, Louisiana 70433
985-246-7449 Direct Dial
985-246-7463 Direct Fax
985-893-4790 Office



This email and any attachments are CONFIDENTIAL and may be protected by one or more legal privileges. It is intended solely for the use of the addressee identified above. If you are not the intended recipient, any use, copying, or distribution of this email is UNAUTHORIZED.

**From:** Ashley G. Haddad
**Sent:** Friday, March 15, 2024 10:18 AM
**To:** 'Danielle Chimento' <dchimento@phjlaw.com>; 'Mark Ladd' <mark@Galindolaw.com>; 'Jody Gaillard' <Jody@Galindolaw.com>
**Subject:** 7419.0152-Kimberlee Collins v. GeoVera -Discovery Requests

Mark – I tried calling you for the Rule 37 conference and left you a voicemail, but I was looking to see if we could come to an agreement as to when plaintiff will produce her discovery responses since those were propounded on 12/29/23 and the responses are now overdue. Given the deadlines in the scheduling order, I need to get moving on discovery. I can extend a one-week extension through close of business on March 22, 2024 for you to provide the full responses to the discovery requests. Please provide them by then.

I also do not have plaintiff's Rule 26 Initial Disclosures that are overdue – please provide those as soon as possible as well. If you want to discuss anything further please give me a call.

Best,

Ashley G. Haddad - Associate
Porteous, Hainkel & Johnson, LLP
408 N. Columbia Street
Covington, Louisiana 70433
985-246-7449 Direct Dial
985-246-7463 Direct Fax
985-893-4790 Office

**EXHIBIT B**


This email and any attachments are CONFIDENTIAL and may be protected by one or more legal privileges. It is intended solely for the use of the addressee identified above. If you are not the intended recipient, any use, copying, or distribution of this email is UNAUTHORIZED.

**From:** Ashley G. Haddad
**Sent:** Monday, March 11, 2024 2:12 PM
**To:** Danielle Chimento <dchimento@phjlaw.com>; Mark Ladd <mark@Galindolaw.com>; Jody Gaillard <Jody@Galindolaw.com>
**Subject:** RE: 7419.0152-Collins, Kimberlee-Discovery Requests

Mark – I still have not received plaintiff's responses to the discovery requests I propounded in this case on 12/29/24. I am setting a Rule 37 conference for March 15th at 10 am to discuss same. I will give you a call then unless you notify me that the proposed dates/time do not work for your schedule.

Ashley G. Haddad - Associate
Porteous, Hainkel & Johnson, LLP
408 N. Columbia Street
Covington, Louisiana  70433
985-246-7449 Direct Dial
985-246-7463 Direct Fax
985-893-4790 Office



This email and any attachments are CONFIDENTIAL and may be protected by one or more legal privileges. It is intended solely for the use of the addressee identified above. If you are not the intended recipient, any use, copying, or distribution of this email is UNAUTHORIZED.

**From:** Danielle Chimento <dchimento@phjlaw.com>
**Sent:** Thursday, February 22, 2024 9:00 AM
**To:** Mark Ladd <mark@Galindolaw.com>; Jody Gaillard <Jody@Galindolaw.com>
**Cc:** Ashley G. Haddad <ahaddad@phjlaw.com>; Drake Pierce <dpierce@phjlaw.com>
**Subject:** RE: 7419.0152-Collins, Kimberlee-Discovery Requests

Good morning,

Our office would like to schedule a Rule 37.1 Conference for February 29, 2024, at 11:30am to discuss Plaintiff's outstanding responses to discovery. Our office will initiate this telephone call. Please let me know if you have any questions.

Thank you.

Danielle Chimento - Paralegal
Porteous, Hainkel & Johnson, LLP
408 N. Columbia Street
Covington, Louisiana 70433
985-246-7443 Direct

**EXHIBIT B**

985-893-4790 Office



**From:** Danielle Chimento <dchimento@phjlaw.com>
**Sent:** Friday, December 29, 2023 3:15 PM
**To:** Mark Ladd <mark@Galindolaw.com>; Jody Gaillard <Jody@Galindolaw.com>
**Cc:** Ashley G. Haddad <ahaddad@phjlaw.com>; Darrin M. O'Connor <doconnor@phjlaw.com>
**Subject:** 7419.0152-Collins, Kimberlee-Discovery Requests

Good afternoon,

Please find attached Interrogatories and Request for Production of Documents propounded to your client in the above referenced matter. Please provide us with your client's responses within the delays allowed by law.

If you have any questions, please contact our office.

Thank you.


Danielle Chimento - Paralegal
Porteous, Hainkel & Johnson, LLP
408 N. Columbia Street
Covington, Louisiana 70433
985-246-7443 Direct
985-893-4790 Office



**EXHIBIT B**