UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIMBERLEE COLLINS** | * | **DOCKET NUMBER: 23-01457** |
| | * | **HURRICANE CASE** |
| | * | |
| **VERSUS** | * | **JUDGE: Shelly D. Dick** |
| | * | |
| **GEOVERA SPECIALTY** | * | **MAGISTRATE JUDGE: Richard L.** |
| **INSURANCE COMPANY** | * | **Bourgeois, Jr.** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF COMPLIANCE WITH RULE 37(a)(1)

I, Darrin M. O'Connor, hereby certify that, in accordance with Fed. R. Civ. P. 37(a)(1), attempts were made to confer with plaintiff's counsel in an effort to secure initial disclosures and discovery responses without court action. Efforts made included: 1) agreeing to a requested two-week extension to provide Initial Disclosures on January 2, 2023, 2) following up with plaintiff's counsel via email on January 23, 2024 requesting a status of the disclosures, 3) holding a Rule 37 Conference via telephone with plaintiff's counsel on January 30, 2023 and agreeing to an extension through February 6, 2023 for plaintiff to provide initial disclosures, 4) following up with plaintiff's counsel via email on February 15, 2024 requesting a status of the disclosures, 5) holding a Rule 37 Conference with plaintiff's counsel via telephone on March 15, 2024 regarding the discovery responses and agreeing to an extension through March 22, 2024 for plaintiff to provide discovery responses. Despite the multiple extension of time given, Plaintiff has not provided her initial disclosures nor the responses to the discovery requests as of the date of this filing.

Respectfully submitted,

*/s/Darrin O'Connor*
**DARRIN M. O'CONNOR (24582)**
**ASHLEY G. HADDAD (37695)**
**DAVID J CREIGHTON (35461)**
Porteous, Hainkel & Johnson L.L.P.
408 N. Columbia Street
Covington, LA  70433-2920
Telephone:  (985) 893-4790
Direct Fax:  (985) 246-7455
Email:  doconnor@phjlaw.com

### CERTIFICATE OF SERVICE

I do hereby certify that on March 28, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to counsel of record.

*/s/Darrin O'Connor*
**DARRIN M. O'CONNOR**

2