UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIMBERLEE COLLINS** | * | **DOCKET NUMBER: 23-01457** |
| | * | **HURRICANE CASE** |
| | * | |
| **VERSUS** | * | **JUDGE: Shelly D. Dick** |
| | * | |
| **GEOVERA SPECIALTY** | * | **MAGISTRATE JUDGE: Richard L.** |
| **INSURANCE COMPANY** | * | **Bourgeois, Jr.** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** that the Motion to Compel Plaintiff's Rule 26 Initial Disclosures and Discovery Responses filed by Defendant, GeoVera Specialty Insurance Company, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff, Kimberlee Collins, shall provide her Rule 26 Initial Disclousres and complete Answers to the Interrogatories and Responses to Request for Production propounded by Defendant, GeoVera Specialty Insurance Company, by _____.

**IT IS FURTHER ORDERED** that, since Rule 37(a)(5) provides that the court "must," after affording an opportunity to be heard, award attorney's fees and expenses under the circumstances unless one of the exceptions apply, Kimberlee Collins, through her counsel of record, shall appear and show cause on _____ at _____ why she should not be ordered to pay the defendant's reasonable expenses and attorney's fees incurred in making the motion to compel.

Signed in Baton Rouge, Louisiana, this _____ day of _____, 2024.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA

1